

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Carter Scott d/b/a Carter
Scott Land Services,

Vs. No. 11-16-00091-CV

Ollie Stephen Oatman; Tamra
Shae Oatman; Leigh Oatman, Trustee
for the Callie Oatman Trust; and
James L. Wilks,

\* From the 32nd District Court
  of Nolan County,
  Trial Court No. 19,563-A.

\* December 8, 2016

\* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has considered Carter Scott's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Carter Scott d/b/a Carter Scott Land Services.